IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEONARD GOLD,<br><br>    Plaintiff,<br>     v.<br><br>GENESIS HEALTHCARE<br>CORPORATION, BURLINGTON WOODS<br>CONVALESCENT CENTER, INC.,<br>and JOANNA PASTORE,<br><br>    Defendants. | CIVIL NO. 10-5983(NLH)(AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this   11th   day of June, 2012

ORDERED that defendants' motion for summary judgment [14] is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.

                                                    s/ Noel L. Hillman

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.