**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

LEONARD GOLD,

    Plaintiff,

     v.

GENESIS HEALTHCARE
CORPORATION, BURLINGTON WOODS
CONVALESCENT CENTER, INC.,
and JOANNA PASTORE,

    Defendants.

CIVIL NO. 10-5983(NLH)(AMD)

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this ___11th___ day of June, 2012

ORDERED that defendants' motion for summary judgment [14] is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.

                           ___s/ Noel L. Hillman___

At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.